IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BEN TERRY WISEMAN | ) | |
| | ) | |
| V. | ) | 3:07-CV-0355-R |
| | ) | |
| DAVID BERKEBILE, Warden. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed.[1] The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 3rd day of October, 2007.

JERRY BUCHMEYER
UNITED STATES DISTRICT JUDGE

---

1. The Court's docket reflects that the Findings, Conclusions and Recommendation of the United States Magistrate Judge were mailed to Petitioner on August 2, 2007, but was returned as undeliverable. The Local Rules require a *pro se* party who has moved to notify the Court of any changes in address or contact information which Petitioner has not done in this case. *See* Local Rules 83.13, 83.14.